Certificate Number: 02645-NJ-CC-006267392

# CERTIFICATE OF COUNSELING

I CERTIFY that on __February 26, 2009__, at __9:36__ o'clock __PM EST__,

__MARAL KAPRIELIAN__ received from

__A 123 Credit Counselors, Inc__,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

__District of New Jersey__, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan __was not prepared__. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted __by internet and telephone__.


Date: __February 27, 2009__        By      /s/Cary Hernandez

                                   Name    Cary Hernandez

                                   Title   Certified Credit Counselor


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

EXHIBIT-A

EXHIBIT - B

EXHIBIT-C